UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

- v. -

JESUS MANUEL RAMIREZ,
ELEAZAR IVAN GARCIA,
JOHN FRANCO, and
JAVIER ALEJANDRO,
    a/k/a "Osvaldo,"

              Defendants.

------------------------------------------------------x

UNSEALING ORDER

S1 07 Cr. 25 (LTS)

Upon the application of the United States of America by Jeffrey Brown, Assistant United States Attorney; it is hereby ORDERED that the Indictment in this matter, S1 07 Cr. 25, be unsealed.

Dated:   New York, New York
         January 28, 2008

_____
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 8 2008