# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

United States of America

        v.

Ramirez et al

                   Defendants.

                 **APPEARANCE**

                 07 Cr 25 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Javier Alejandro (a/k/a Javier Alejandro Cruz)

I certify that I am admitted to practice in this court.

Date: 3/4/08

                 s/_____
                 Eric M. Sears
                 61 Broadway, Suite 1601
                 New York, NY  10006

                 Tel. 212-252-8560
                 Fax 212-267-3024
                 Cell: 917-929-2096
                 Email: emsearsesq@aol.com