UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                              No. 07 crim 25 (LTS)

JAVIER ALEJANDRO CRUZ


-----------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE


### ORDER


Eric M. Sears, is relieved as CJA counsel for the defendant. The defendant in the above-captioned matter is now represented by new CJA counsel, Daniel Nobel.


Dated: New York, New York
       April 4, 2008

                                              _____
                                              LAURA TAYLOR SWAIN
                                              United States District Judge

CHANGEOFCOUNSEL.FRM     VERSION 7/19/01