UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                                                No. 07 crim 25 (LTS)

JAVIER ALEJANDRO CRUZ

-----------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

## ORDER

Daniel Nobel, is relieved as CJA counsel for the defendant as of May 2, 2008. The defendant in the above-captioned matter is now represented by new retained counsel, Steven Ross and Roger Asmar.

Dated: New York, New York
       May 8, 2008

_____
LAURA TAYLOR SWAIN
United States District Judge

CHANGEOFCOUNSEL2.FRM    VERSION 7/19/01