

270 Madison Avenue, Suite 1203
New York, New York 10016

tel_212.736.4202
fax_212.736.2873
www.rossasmar.com

August 15, 2008

FILED BY ECF AND
COURTESY COPY
SENT VIA FACSIMILE
(212 805 0426)

Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Javier Alejandro
            Ind. S1 07 CR 25 (LTS)

Dear Judge Swain:

      I am a partner in the above law firm which represents Mr. Javier Alejandro. I write to request a stay of the filing of motions. Defense motions are due to be filed before August 25, 2008. Counsel has had numerous meeting with AUSA Glen McGorty regarding a disposition of this matter without the need for motions. AUSA McGorty has advised that he consents to the relief sought and joins in this request to stay the filing of defense motions while the parties work further to reach a disposition in this case.

                                                  Respectfully,

                                                  ROGER ASMAR

cc:
AUSA Glen McGorty