

270 Madison Avenue, Suite 1203
New York, New York 10016

tel 212.736.4202
fax 212.736.2873
www.rossasmar.com

**MEMO ENDORSED**

August 15, 2008

FILED BY ECF AND
COURTESY COPY
SENT VIA FACSIMILE
(212 805 0426)

Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 9 2008
```

Re:  United States v. Javier Alejandro
     Ind. S1 07 CR 25 (LTS)

Dear Judge Swain:

I am a partner in the above law firm which represents Mr. Javier Alejandro. I write to request a stay of the filing of motions. Defense motions are due to be filed before August 25, 2008. Counsel has had numerous meeting with AUSA Glen McGorty regarding a disposition of this matter without the need for motions. AUSA McGorty has advised that he consents to the relief sought and joins in this request to stay the filing of defense motions while the parties work further to reach a disposition in this case.

*The request is granted. A status conference is scheduled for September 4, 2008, at 12:00 pm noon. This order resolves docket entry no. 66.*

Respectfully,

SO ORDERED.

NEW YORK, NY
LAURA TAYLOR SWAIN
Aug. 19, 2008 UNITED STATES DISTRICT JUDGE

ROGER ASMAR

AUSA Glen McGorty