

270 Madison Avenue, Suite 1203
New York, New York 10016

tel 212.736.4202
fax 212.736.2873
www.rossasmar.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 4 2008

September 3, 2008

FILED BY ECF AND
COURTESY COPY
SENT VIA FACSIMILE
(212 805 0426)

Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Javier Alejandro
Ind. S1 07 CR 25 (LTS)

Dear Judge Swain:

I am a partner in the above law firm which represents Mr. Javier Alejandro. I write to request an adjournment of the court date scheduled for tomorrow, September 4, 2008 at 12 noon. My client and I have had numerous meetings with AUSA Glen McGorty regarding a disposition of this matter. Our discussions and meetings are ongoing. I have spoken with AUSA Todd Blanch (I am advised that Mr. McGorty is on vacation and I have been communicating with Mr. Blanch) who has advised that he consents to the adjournment. I respectfully request that the matter be adjourned for approximately 4 weeks so that the parties can report back to the Court to advise of ongoing progress.

Respectfully,

ROGER ASMAR

cc:
AUSA Todd Blanch

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 10/7/08 AT 4:30 PM IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(8)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 10/7/08 OUTWEIGH THE BESTS INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

9/3/2008
LAURA TAYLOR SWAIN, USDJ